# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1583
Lower Tribunal No. 2018-CA-000239-O

_____

ORLANDO UTILITIES COMMISSION,

Appellant,

v.

JOSE OBERTO OLIVARES,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent Falcone III, Judge.

January 30, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and WHITE, JJ., concur.


Ronald L. Harrop, of O'Connor & O'Connor, LLC, Orlando, and Dereck J. Angell, of O'Connor, Haftel & Angell, PLLC, Orlando, for Appellant.

Daniel P. Osterndorf, of Pardy & Rodriguez, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED